**jackson|lewis**

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

**COURTESY COPY – ORIGINAL FILED VIA ECF**

DIRECT DIAL: (212) 545-4073
EMAIL ADDRESS: MELLKW@JACKSONLEWIS.COM

August 13, 2018

**VIA ECF**

Hon. Katherine Polk Failla, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 13, 2018

       Re:    **Sharon Wells v. The Achievement Network, et al.**
              **Docket No.: 18-CV-6588(KPF)(OTW)**

Dear Judge Failla:

      This firm represents Defendants The Achievement Network, Teimosa Martin, Melinda Spooner and Kimberly Cockrell ("Defendants") in connection with the above-referenced matter. We write pursuant to Rule 2(E) of Your Honor's Individual Rules of Practice in Civil Cases to request an extension of time to respond to the Complaint filed by Plaintiff Sharon Wells ("Plaintiff") through and including September 21, 2018. Defendants are willing to accept service in exchange for an extension of time to respond to Plaintiff's Complaint.

      The deadline for Defendants to respond to the Complaint has not passed since Defendants have not been served. This is Defendants' first request for an extension of time to respond. Defendants submit the instant request in exchange for their willingness to accept service. Plaintiff consents to Defendants' request. This request will not affect any other scheduled dates.

      Thank you for your consideration of this matter. Please do not hesitate to contact us should you require any further information.

                                     Respectfully submitted,

                                     JACKSON LEWIS P.C.

                                   *Wendy J. Mellk*
                                   Wendy J. Mellk

cc:    Damon McDougal, Esq. (via ECF)
        Tania J. Mistretta, Esq. (JL – via ECF)

Application GRANTED.  No further extensions will be granted.

Dated:    August 13, 2018
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE