

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
29th Floor
New York, NY  10017
Tel 212-545-4000
Fax 212-972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

**COURTESY COPY - ORIGINAL
FILED VIA ECF AS DOC. NO. 53**

DIRECT DIAL:  (212) 545-4070
EMAIL ADDRESS: TANIA.MISTRETTA@JACKSONLEWIS.COM

December 27, 2019

**VIA ECF AND ELECTRONIC MAIL
(FAILLA_NYSDCHAMBERS@NYSD.USCOURTS.GOV)**

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

# MEMO ENDORSED

> Re: **Wells v. The Achievement Network, et al.
> Case No. 1:18-CV-06588 (KPF)**

Dear Judge Polk Failla:

This firm represents Defendants The Achievement Network Ltd., Kimberly Cockrell, Teimosa Martin and Melinda Spooner ("Defendants") in connection with the above-referenced matter.  We submit this letter pursuant to Rules 3(C) and 3(D) of Your Honor's Individual Practices in Civil Cases to dismiss Plaintiff's Complaint in its entirety pursuant to Federal Rule of Civil Procedure 37(b)(2).

On December 11, 2019, the parties appeared for a conference to discuss Plaintiff's deficient outstanding discovery responses, Plaintiff's failure to appear for her deposition, and Defendants' third-motion to compel seeking dismissal of Plaintiff's Complaint due to her non-compliance with the Court's prior orders.

During the conference, the Court expressed concern as to the pace of discovery in this case, and noted that the Court is not aware of any extenuating circumstances that would justify Plaintiff's deficient discovery production.  Accordingly, the Court ordered Plaintiff to: (1) supplement her production by December 20, 2019 to produce responsive documents in her counsel's possession, custody or control; (2) supplement her discovery responses to address the issues outlined in Defendants' November 12, 2019 deficiency letter by January 3, 2020; and (3) to appear for Plaintiff's deposition at a mutually convenient date between January 3, 2020 and January 17, 2020.



On December 18, 2019, Plaintiff's counsel contacted the undersigned to offer the following dates for Plaintiff's deposition: December 20, 24, 26, 27, 31, and January 1, 2 and 9. We note, the dates proposed by Plaintiff were, with the exception of January 9, in contravention of the Court's order, and purported to give Defendants less than two days' notice to take Plaintiff's deposition, and to do so prior to receipt of Plaintiff's supplemental discovery responses.

Defendants reminded Plaintiff's counsel that Plaintiff is to appear for her deposition between January 3 and January 17 pursuant to the Court's order, and noted that the one day offered within that time frame – January 9 – was a date on which Defendants are not available.  On December 20, 2019, Defendants e-mailed Plaintiff's counsel to offer the following dates for Plaintiff's deposition: January 7, 13, 14, 15, 16 and 17.

Plaintiff's counsel advised that Plaintiff is travelling out of the country from January 10 through January 20, and that Plaintiff is not available to be deposed on any of the dates proposed by Defendants.  We note that Plaintiff is travelling to attend a "Week Long Advanced Retreat" in Dubai which she apparently booked on September 10, 2019, which is scheduled to last from January 13 through January 19.

Pursuant to the Court's current order, Plaintiff is to appear for her deposition between January 3 and January 17, and Teimosa Martin is to appear for her deposition between January 17 and January 31.  However, given Plaintiff's dilatory tactics, failure to prosecute her claims, and most recent actions, Defendants continue to be prejudiced in this case.  Defendants noticed Plaintiff's deposition over a year ago, and have reasonably worked to cooperate with Plaintiff to find a mutually convenient time for her deposition, despite her persistent lack of cooperation in this matter.

Given the Court's December 11, 2019 order, and Plaintiff's failure to cooperate or appear for her deposition, Defendants request the Court dismiss this action for Plaintiff's failure to comply with the Court's order and failure to cooperate to schedule her deposition.

Thank you for your consideration of this matter.  Please let us know if you require any additional information.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Tania J. Mistretta*
Tania J. Mistretta

cc:     All counsel (via ECF)

The Court is in receipt of Defendant's letter and is disappointed to hear that Plaintiff continues to not prioritize the scheduling of her own deposition in her own case.  In light of past delays in this case, the approaching discovery deadline, and Plaintiff's plans for travel outside the country, the Court ORDERS that Plaintiff make herself available for deposition on January 7, 2020.

Dated:     December 30, 2019          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE