

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
29th Floor
New York, NY 10017
Tel 212-545-4000
Fax 212-972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P C , a Law Corporation

DIRECT DIAL: (212) 545-4070
EMAIL ADDRESS: TANIA.MISTRETTA@JACKSONLEWIS.COM

March 19, 2020

**VIA ECF AND ELECTRONIC MAIL
(FAILLA_NYSDCHAMBERS@NYSD.USCOURTS.GOV)**

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007



Re: **Wells v. The Achievement Network, et al.
Case No. 1:18-CV-06588 (KPF)**

Dear Judge Polk Failla:

This firm represents Defendants The Achievement Network Ltd., Kimberly Cockrell, Teimosa Martin and Melinda Spooner ("Defendants") in connection with the above-referenced matter.

We submit this letter pursuant to Rules 2(C) and 2(D) of Your Honor's Individual Practices in Civil Cases for a modification to the briefing schedule set for Defendants' Motion for Summary Judgment in light of the recent COVID-19 pandemic.

The parties conferred in advance regarding the requested adjournment, and Defendants submit the instant request with the consent of Plaintiff. In particular, the parties propose the current briefing schedule be pushed thirty (30) days and modified as follows:

| Deadline | Original Date | New Date |
|---|---|---|
| Defendants' Motion for Summary Judgment | April 3, 2020 | May 4, 2020 |
| Plaintiff's Opposition to Defendants' Motion | May 8, 2020 | June 8, 2020 |
| Defendants' Reply in Further Support | May 29, 2020 | June 29, 2020 |



      This is Defendants' first request for an extension of time and modification to the briefing schedule set for Defendants' motion for summary judgment. This modified briefing schedule should not impact any other deadlines.

      Thank you for your consideration of this matter. Please let us know if you require any additional information.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      */s/ Tania J. Mistretta*
      Tania J. Mistretta

cc: All counsel (via ECF and e-mail)

Application GRANTED. The Court hereby extends the briefing schedule for Defendants' proposed summary judgment motion as provided in this letter.

Dated:    March 20, 2020       SO ORDERED.
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

4835-4792-2359, v. 1