# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SHARON WELLS,

                      Plaintiff,                      18 **CIVIL** 6588 (KPF)

            -against-                      **JUDGMENT**

THE ACHIEVEMENT NETWORK, TEIMOSA
MARTIN, MELINDA SPOONER, and
KIMBERLY COCKRELL

                      Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 2, 2021, Defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          March 3, 2021

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                                       **BY:**
                                                          **Deputy Clerk**